## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**STEPHANIE WALKER-HYNES**                                    **PLAINTIFF**

### CASE NO. 4:16CV920-JM

**MICHAEL POORE, et al.**                                    **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Commissioner Key's motion to dismiss (#11) is GRANTED, and all claims against him individually and in his official capacity are DISMISSED, without prejudice.

IT IS SO ORDERED, this 21st day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE